**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DAVID WILLE,

    Plaintiff,                                    CASE NO. 3:10-CV-00963

v.

NATIONAL ACTION FINANCIAL SERVICES, INC.,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, DAVID WILLE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                                      RESPECTFULLY SUBMITTED,

                                                           By: /s/ James Pacitti
                                                               James Pacitti (FBN: 119768)
                                                               Krohn & Moss, Ltd
                                                               10474 Santa Monica Blvd, Suite 401
                                                               Los Angeles, CA 90025
                                                                Phone: (323) 988-2400 x 230
                                                                Fax: (866) 385-1408
                                                               jpacitti@consumerlawcenter.com
                                                               Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Dale T. Golden, Attorney for Defendant, by the Court's CM/ECF system.

                                        /s/ James Pacitti
                                        James Pacitti
                                        Attorney for Plaintiff