**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DAVID WILLE,

          Plaintiff,

vs.                                   Case No.  3:10-cv-963-J-32JRK

NATIONAL ACTION FINANCIAL
SERVICES, INC.,

          Defendant.

## ORDER

    Upon review of the parties' joint Stipulation of Dismissal (Doc. 20), this case is dismissed with prejudice, each party to bear their own costs and fees.

    **DONE AND ORDERED** at Jacksonville, Florida, this 1st day of September, 2011.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies to:
Counsel of Record